Opinion issued January 24, 2008














In The

Court of Appeals

For The

First District of Texas



____________


NO. 01-06-00808-CR

____________


THE STATE OF TEXAS, Appellant


V.


GREGORY ROCIO, Appellee







On Appeal from the 387th Judicial District Court

Fort Bend County, Texas

Trial Court Cause No. 43466 






MEMORANDUM OPINION

 The State of Texas has filed a motion to dismiss the above-referenced appeal. 
The motion complies with the Texas Rules of Appellate Procedure. See Tex. R. App.
P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).